**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Martin IBARRA–GARCIA,**
**Defendant–Appellant.**

No. 05–50205.

United States Court of Appeals,
Ninth Circuit.

Submitted Oct. 16, 2006.

Filed Oct. 23, 2006.

Orlando B. Gutierrez, USSD–Office of the U.S. Attorney, San Diego, CA, for Plaintiff–Appellee.

Gordon S. Brownell, Esq., St. Helena, CA, Martin Ibarra–Garcia, California City, CA, for Defendant–Appellant.

Before: LEAVY, W. FLETCHER, and RAWLINSON, Circuit Judges.

MEMORANDUM *

Martin Ibarra–Garcia appeals from the judgment imposed following a jury-trial

---

conviction for being an alien found in the United States, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), Ibarra–Garcia's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. Ibarra–Garcia filed a *pro se* supplemental brief, and the Government filed an answering brief.

Our independent review of the briefs and the record pursuant to *Penson v. Ohio,* 488 U.S. 75, 80–81, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988), discloses no grounds for relief on direct appeal.

Accordingly, counsel's motion to withdraw is **GRANTED,** and the district court's judgment is **AFFIRMED.**

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.